# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00316-CV

### In re Max Lindburg Hoffman

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

On this record, we deny Max Lindburg Hoffman's petition for writ of habeas corpus.

We dismiss, as moot, Hoffman's request for emergency relief and withdraw our previous request for

a response to the petition.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:   May 15, 2018